UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHARI L. GILL

VERSUS

TURNER INDUSTRIES GROUP, LLC

CIVIL ACTION

NO. 07-265-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 31, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendant's partial motion to dismiss (rec.doc. 10) is granted in that the Plaintiffs claims based on the Fifth and Fourteenth Amendment and the Plaintiff's claim for gender and/or sex discrimination based on 42 U.S.C. § 1981 are dismissed, with prejudice.

Baton Rouge, Louisiana, February 28, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA